Joshua B. Swigart (SBN 225557)
Josh@SwigartLawGroup.com
**SWIGART LAW GROUP, APC**
2221 Camino del Rio S, Ste 308
San Diego, CA  92108
P: 866-219-3343
F: 866-219-8344

Daniel G. Shay (SBN 250548)
DanielShay@TCPAFDCPA.com
**LAW OFFICE OF DANIEL G. SHAY**
2221 Camino del Rio S, Ste 308
San Diego, CA  92108
P: 619-222-7429
F: 866-431-3292

*Attorneys for Plaintiffs and the Putative Class*

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OPHELIA AUGUSTINE, individually and on behalf of others similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> QUEST DIAGNOSTICS INCORPORATED, <br><br> Defendant. | CASE No: 3:22-cv-1980-JLS-DEB <br><br> PLAINTIFF'S MOTION FOR DISMISSAL OF PLAINTIFF'S INDIVIDUAL CLAIMS WITHOUT PREJUDICE AND WITHOUT PREJUDICE AS TO THE PUTATIVE CLASS PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i) <br><br> Hon. Janis L. Sammartino |

In accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff OPHELIA AUGUSTINE, files this Motion for Dismissal Without Prejudice as to her individual claims and Without Prejudice as to the putative class.

Respectfully submitted,

Date: January 23, 2023       SWIGART LAW GROUP, APC

                By: s/ *Joshua B. Swigart*
                Joshua B. Swigart, Esq.
                Josh@SwigartLawGroup.com
                Attorney for Plaintiff